Maurice London, Respondent, v. Lagerloef Trading Co., Inc., Appellant. (Action No. 1.) — Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Maurice London, Respondent, v. Lagerloef Trading Co., Inc., Appellant. (Action No. 2.) — Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Rosalind Schlossberg, Respondent, v. General Accident Fire & Life Assurance Corporation, Ltd., of Perth, Scotland, Appellant, and Louis V. Becker, Impleaded Defendant, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Westware Corporation, Respondent, v. Azariah M. Springsteen and Others, Appellants.— Order entered August 4, 1938, so far as appealed from, and order entered August 9, 1938, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants, as executors and individually, to serve amended answers within ten days after service of order upon payment of said costs and the costs of motion awarded by the court at Special Term. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Augusta Greenberg, Appellant, v. The City of New York, Respondent, and Another, Impleaded Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of George Scozzese, Deceased. Louis Scozzese, as Administrator, etc., Appellant; Lillian S. Ferrentino, Petitioner, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

The People of the State of New York, Respondent, v. Rose Suglia, Appellant.— Judgment unanimously modified by reducing the sentence to the time already served, and as so modified affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Agnes B. Willson, Respondent, v. T. Edgar Willson, Appellant.— Order unanimously reversed and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

The Cumberland Corporation, Suing Individually and as a Stockholder in the McLellan Stores Company, on Behalf of Itself and of All Other Stockholders Similarly Situated, Respondent, v. McLellan Stores Company, Stuart Hedden and Hedden & Co., Inc., Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Townley and Dore, JJ., dissent and vote to reverse and grant the motion to vacate.— The date for the examination to proceed to be fixed in the order. Settle order on notice.

In the Matter of the Application of Leopold V. Rossi, Individually and as Chairman of the Executive Committee of The Greater New York City Life-guards Association for an Order against Robert Moses, Commissioner of Parks of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 254 App. Div. 859.] Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.